# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

## CORRECTED ACTION

JAMES MCINTOSH

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2025 CW 0307

**JUNE 30, 2025**

---

In Re:      James McIntosh, applying for supervisory writs, 19th
            Judicial District Court, Parish of East Baton Rouge, No.
            ~~705846~~ 705845.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

    **WRIT GRANTED.** The district court is ordered to proceed toward
disposition of this matter pursuant to the remand from this court
on or before August 29, 2025.

                        **AHP**
                        **EW**
                        **WEF**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES MCINTOSH

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2025 CW 0307

**JUNE 30, 2025**

---

In Re:   James McIntosh, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
705846.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

    **WRIT GRANTED.** The district court is ordered to proceed toward
disposition of this matter pursuant to the remand from this court
on or before August 29, 2025.

                      **AHP**
                      **EW**
                      **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT